UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,

v.  **ORDER**
Criminal File No. 13-7 (MJD/LIB)

GORDON DEAN JOHNSON,

    Defendant.

Clifford B. Wardlaw, Assistant United States Attorney, Counsel for Plaintiff.

Manny K. Atwal, Assistant Federal Defender, Counsel for Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated March 7, 2013. [Docket No. 37] Defendant Gordon Dean Johnson filed objections to the Report and Recommendation as it relates to the Defendant's statements to Officer Petschl.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the

1

Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Brisbois dated March 7, 2013.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Brisbois dated March 7, 2013 [Docket No. 37].

2. Defendant's Motion to Suppress Statements, Admissions, and Answers [Docket No. 15], and Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Docket No. 16] are **DENIED**.


Dated:　April 9, 2013　　　　　　　　s/Michael J. Davis
　　　　　　　　　　　　　　　　　　Michael J. Davis
　　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　　United States District Court